**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 7, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00509-CV

---

### IN RE UBER TECHNOLOGIES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-67824**

---

## MEMORANDUM OPINION

On September 9, 2021, relator Uber Technologies, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his (1) July 5, 2021 order compelling production of documents; (2) August 27, 2021 ruling denying Uber's motion for reconsideration; (3) August 30, 2021 order

requiring Uber to comply by September 10, 2021; and (4) September 9, 2021 order denying Uber's motion to vacate or stay the discovery orders.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Our September 10, 2021 stay order is lifted.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.